UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA BUETTNER-HARTSOE, et al. | * | |
| Plaintiffs | * | |
| | | Civil Action No. 1:20-cv-03132 |
| v. | * | |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. d/b/a CONCORDIA PREPARATORY SCHOOL | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S LOCAL RULE 103.3 DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendant, Baltimore Lutheran High School Association, Inc. d/b/a Concordia Preparatory School, by and through its undersigned counsel, James S. Aist and Lauren R. Driver, and pursuant to Local Rule 103.3, files this Disclosure of Corporate Affiliations and Financial Interests, and states as follows:

Baltimore Lutheran School Holdings, L.L.C. ("BLSH") is a Maryland limited liability company of which Baltimore Lutheran High School Association, Inc. ("BLHSA") is the sole member. BLSH was organized to manage and lease BLHSA's athletic facilities pursuant to a non-exclusive master lease. Baltimore Lutheran High School Association, Inc. d/b/a Concordia Preparatory School is insured by Philadelphia Indemnity Insurance Company, which may have a financial interest in the outcome of the litigation.

Date: December 15, 2020

Respectfully submitted,

*/s/ James S. Aist*
James S. Aist (Federal Bar No. 5946)

*/s/ Lauren R. Driver*
Lauren R. Driver (Federal Bar No. 19474)

        Anderson, Coe & King, LLP
        Seven Saint Paul Street, Suite 1600
        Baltimore, MD  21202
        T: 410-752-1630 / F: 410-752-0085
        aist@acklaw.com / driver@acklaw.com
        *Attorneys for Baltimore Lutheran High School Association, Inc. d/b/a Concordia Preparatory School*

## **Certificate of Service**

I hereby certify that, on this 15th day of December, 2020, a copy of Defendant's Local Rule 103.3 Disclosure of Corporate Affiliations and Financial Interests was electronically filed and served and/or mailed to:

Justin Browne (Bar No. 29164)
Christina Graziano (admitted pro hac vice)
KETTERER, BROWNE & ANDERSON, LLC
336 S Main Street
Suite 2A-C
Bel Air, MD 21014
*Attorneys for Plaintiffs*
Justin@KBAAttorneys.com
Christina@KBAAttorneys.com

                       */s/ James S. Aist*
                      James S. Aist (Federal Bar No. 5946)

4835-3549-3844, v. 1