**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCChambers@mdd.uscourts.gov

April 8, 2021

TO COUNSEL OF RECORD

Re: *Pullen v. Baltimore Lutheran High School Association*
Civil No. ELH-20-3214

Dear Counsel:

This case was referred to me for all discovery and related scheduling on April 7, 2021 (ECF 38). On April 6, 2021 Defendant filed a letter expressing dissatisfaction with Plaintiff's responses to interrogatories and production of documents concerning 1) text messages that constitute harassment as alleged in the Complaint; 2) failure to produce social media posts; and 3) failure to itemize economic damages. ECF 37. Plaintiff has responded that Plaintiff does not have the text messages or social media posts other than what had been produced. ECF 39. As to the economic damages, Plaintiff will respond and produce documents in accordance with the expert discovery schedule. I find no merit in Defendant's complaints. Plaintiff is confined to her responses in the interrogatories and production of documents. If no such information exists, that is an appropriate response, absent some factual showing that evidence does exist or Plaintiff has destroyed such evidence. As to the economic damages calculations, Defendant's complaint again lacks merit and certainly is premature. If expert discovery fails to yield appropriate responses from Plaintiff, Defendant will have an opportunity to take appropriate action. There is no need in this matter for a hearing. I encourage the parties to work together and avoid wasteful discovery disputes in the future.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

A. David Copperthite
United States Magistrate Judge