UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

April 13, 2021

RE: *Buettner-Hartsoe, et al. v. Baltimore Lutheran High School Association, d/b/a Concordia Preparatory School*
Civil No.: GLR-20-3132

## LETTER ORDER

Dear Counsel:

Judge Russell recently referred this case to me for all discovery and related scheduling. Currently pending is a Motion for Judgment on the Pleadings. ECF No. 34.

By separate letter order, dated today, I am providing you with my informal discovery dispute procedure, which will govern all future discovery disputes in this case.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Sincerely,

/s/

Deborah L. Boardman
United States Magistrate Judge