UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **DONNA BUETTNER-HARTSOE, et al.**<br><br>     Plaintiff<br><br>v.<br><br>**BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL, et al.**<br><br>     Defendants | **Case No.:** 1:20-cv-03132-GLR |

## <u>NOTICE OF FILING OF DOCUMENT UNDER SEAL</u>

Exhibit 2 which is an attachment to Docket No. 40 will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by e-mail to all counsel of record.

Respectfully submitted,

| | |
|---|---|
| */s/Gregg E. Viola* | */s/Mark P. Johnson* |
| Gregg E. Viola (25737) | Mark P. Johnson (29091) |
| ECCLESTON & WOLF, P.C. | ECCLESTON & WOLF, P.C. |
| Baltimore-Washington Law Center | Baltimore-Washington Law Center |
| 7240 Parkway Drive, 4th Floor | 7240 Parkway Drive, 4th Floor |
| Hanover, MD 21076-1378 | Hanover, MD 21076-1378 |
| (410) 752-7474 (phone) | (410) 752-7474 |
| (410) 752-0611 (fax) | (410) 752-0611 (fax) |
| E-mail: viola@ewmd.com | E-mail: johnson@ewmd.com |
| *Attorney for  Defendant* | *Attorney for Defendant* |

*/s/Eric M. Rigatuso*
Eric M. Rigatuso (27605)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: rigatuso@ewmd.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of April, 2021, copies of the foregoing, and a

proposed Order, were served via the Court's CM/ECF system to all counsel of record.

*/s/Eric M. Rigatuso*
Eric M. Rigatuso (Bar # 27605)