UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **DONNA BUETTNER-HARTSOE, et al.** *Plaintiffs* v. **BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, D/B/A CONCORDIA PREPARATORY SCHOOL** *Defendant.* | Case No. 1:20-cv-03132-RDB |

## NOTICE OF FILING OF EXHIBIT UNDER SEAL

Exhibit 1 to Plaintiff's Supplemental Letter Providing Deposition Transcript will be electronically filed under seal within 24 hours of the filing of this Notice. The documents will be filed under seal in accordance with the Court's Protective Order. I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail to all counsel of record.

Dated: June 3, 2021

Respectfully submitted,

/s/ Christina Graziano
Christina Graziano (admitted *pro hac vice*)
Justin A. Browne (Bar No. 29164)
Brian Ketterer (admitted *pro hac vice)*
KETTERER, BROWNE & ANDERSON, LLC
336 S Main St. Ste. 2A-C
Bel Air, MD 21014
Phone: (855) 522-5297
Fax: (855) 334-5626
Justin@KBAAttorneys.com
Christina@KBAAttorneys.com
Brian@KBAattorneys.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2021, a copy of the foregoing Notice of Filing of Exhibit Under Seal was served via the Court's CM/ECF system to all counsel of record and a copy of the referenced document was served via electronic mail to all counsel of record.

/s/ Christina Graziano
Christina Graziano (*admitted pro hac vice*)