IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA BUETTNER-HARTSOE,
*et al.*,                                                    *

     Plaintiffs,                                    *                 Civil Action No. RDB-20-3132

     v.                                             *

BALTIMORE LUTHERAN HIGH                      *
SCHOOL ASSOCIATION,
*d/b/a/* CONCORDIA PREPARATORY *
SCHOOL,
                                                             *

     Defendant.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

JENNIFER PULLEN,                             *

     Plaintiff,                                     *                 Civil Action No. RDB-20-3214

     v.                                             *

BALTIMORE LUTHERAN HIGH                      *
SCHOOL ASSOCIATION,
*d/b/a/* CONCORDIA PREPARATORY *
SCHOOL,
                                                             *

     Defendant.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

ANDREA CONRAD, *et al.*,                     *

     Plaintiffs,                                    *                 Civil Action No. RDB-20-3229

     v.                                             *

BALTIMORE LUTHERAN HIGH                      *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY                        *
SCHOOL, and LUTHERAN CHURCH-
MISSOURI SYNOD,                              *

SOUTHEASTERN DISTRICT,

              *

 Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

ARIANA GOMEZ,        *

 Plaintiff,         *    Civil Action No. RDB-20-3267

BALTIMORE LUTHERAN HIGH  *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY   *
SCHOOL, and LUTHERAN CHURCH-
MISSOURI SYNOD,      *
SOUTHEASTERN DISTRICT,
              *
 Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

SELENA BARBER, *et al.*,     *

 Plaintiffs,        *    Civil Action No. RDB-21-0691

 v.            *

BALTIMORE LUTHERAN HIGH  *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY   *
SCHOOL,
              *
 Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

 Presently before this Court are the above-captioned cases filed by five different women against Defendant Concordia Preparatory School ("CPS"), two of which are also filed against Defendant Lutheran Church-Missouri Synod ("LCMS"). Under Federal Rule of Civil Procedure 42(a), actions before the court may be consolidated when they "involve a common question of law or fact." "District courts have broad discretion under F[ed]. R. Civ. P. 42(a)

to consolidate causes pending in the same district." *A/S J. Ludwig Mowinckles Rederi v. Tidewater Const. Co.*, 559 F.2d 928, 933 (4th Cir. 1977).  Here, all five cases involve the same Defendant, CPS, and all arise from a similar set of allegations and factual circumstances: that CPS failed to adequately address reports of sexual assault and harassment by its students.  Accordingly, as these cases involve common questions of law and fact, IT IS HEREBY ORDERED this 23rd day of June, 2021 that the above-captioned cases will be CONSOLIDATED FOR DISCOVERY AND MOTIONS.

IT IS FURTHER HEREBY ORDERED that the parties shall submit a Joint Proposed Scheduling Order by **Wednesday, June 30, 2021**.

The Clerk of this Court shall transmit copies of this Order to counsel of record.

_____/s/_____

Richard D. Bennett
United States District Judge