UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONNA BUETTNER-HARTSOE, et al.**<br><br>         Plaintiff<br><br>v.<br><br>**BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL, et al.**<br><br>         Defendants | Case No.:  1:20-cv-03132-RDB |

## <u>ORDER</u>

UPON CONSIDERATION of Defendant Baltimore Lutheran High School Association, Inc.'s correspondence,  ECF 79 (Under Seal), and argument during the telephone conference call on August 9, 2021, it is this _____ day of August, 2021, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Baltimore Lutheran High School Association, Inc. has shown good cause to obtain all audio or video recordings, including but not limited to body-worn camera footage, of any interviews and investigation for Incident Number 190551479; and it is further,

ORDERED that the Baltimore County Police Department shall produce to counsel for Defendant Baltimore Lutheran High School Association, Inc. within ten (10) days of the date of this Order all audio or video recordings, including but not limited to body-worn camera footage, of any interviews and investigation for Incident Number 190551479.

_____
Magistrate Judge A. David Copperthite
U.S. District Court for the District of Maryland