Law Offices
**Eccleston and Wolf**
Professional Corporation

BALTIMORE-WASHINGTON LAW CENTER
7240 PARKWAY DRIVE – 4th FLOOR
HANOVER, MARYLAND 21076

(410) 752-7474
FAX (410) 752-0611
VIOLA@EWMD.COM

GREGG E. VIOLA

SUITE 260
1629 K STREET, N. W.
WASHINGTON, D. C. 20006
(202) 857-1696

SUITE 107
10400 EATON PLACE
FAIRFAX, VIRGINIA 22030
(703) 218-5330

September 15, 2021

**VIA ECF**

The Honorable A. David Copperthite
U.S. District Court for
the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                    RE:   *Buettner-Hartsoe v. CPS, et al.*
                            Case 1:20-cv-03132-RDB

Dear Judge Copperthite:

Please accept this letter as a request on behalf of Defendant Baltimore Lutheran High School Association d/b/a Concordia Preparatory School (CPS) to reschedule the virtual status hearing regarding discovery in this case currently set for September 29, 2021 at 10:00 AM. The reason for the request to reschedule the status hearing is that counsel for CPS are not available. Counsel for CPS Gregg Viola and Mark Johnson are scheduled for jury selection on September 29, 2021 for a two-week jury trial starting September 30, 2021, in the Circuit Court for Prince George's County, *Andrew Thomas Moorman v. Lawrence Jackson, Sr., et al.*, Case No. CAL20-11599. Additionally, the third attorney for Defendant CPS, Eric Rigatuso, is scheduled to be trial in the Circuit Court for Prince George's County in a different matter, *Chicago Title Insurance Company v. IFavor Abstracts, Inc.*, Case No. CAL20-02425, beginning September 27, 2021. As a result of these trial commitments, none of the three attorneys for CPS are available for the status hearing currently scheduled.

Moreover, while attorneys Viola and Johnson will be in trial in the *Moorman* matter until October 14, 2021, attorney Rigatuso will be in the *Chicago Title Insurance Company* trial, immediately followed by trial in the Circuit Court for Howard County, *Infiniti HR, LLC v. Affiliated Temporary Help, Inc.*, Case No. C-13-CV-20-000350, beginning October 4, 2021. As a result of counsel's unavailability, CPS respectfully requests that the virtual status hearing be rescheduled for a date after October 14, 2021 to accommodate these scheduling conflicts.

                                      Sincerely,

                                        ECCLESTON AND WOLF, P. C.

                                        By: ___/s/Gregg E. Viola_____
                                             Gregg E. Viola

GEV/MPJ/jc
J:\1C158\Corresp\Judge Copperthite-7.docx