UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| SELENA BARBER, ET AL., <br><br> Plaintiffs <br><br> v. <br><br> BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL. <br><br> Defendants | Case No. 1:21-CV-00691 |
| DONNA BUETTNER-HARTSOE, ET AL., <br><br> Plaintiffs <br><br> v. <br><br> BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL. <br><br> Defendants | Case No. 1:20-CV-03132 |
| ANDREA CONRAD, ET AL., <br><br> Plaintiffs <br><br> v. <br><br> BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL. <br><br> Defendants | Case No. 1:20-CV-03229 |

| | |
|---|---|
| ARIANNA GOMEZ<br><br>    Plaintiff<br><br>v.<br><br>BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL.<br><br>    Defendants | Case No. 1:20-CV-03267 |
| JENNIFER PULLEN<br><br>    Plaintiff<br><br>v.<br><br>BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, INC. D/B/A CONCORDIA PREPARATORY SCHOOL, ET AL.<br><br>    Defendants | Case No. 1:20-CV-03214 |

## ORDER

UPON CONSIDERATION of Defendant Baltimore Lutheran High School Association, Inc.'s Consent Motion to Modify Scheduling Order, and with the consent of all parties, it is hereby this 3rd of February, 2022, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Baltimore Lutheran High School Association, Inc.'s Consent Motion to Modify Scheduling Order is GRANTED; and it is

ORDERED that the Scheduling Order is above-captioned actions is hereby revised to the following:

2

| EVENT | NEW DEADLINE |
|---|---|
| Defendants' Rule 26(a)(2) disclosures | May 16, 2022 |
| Plaintiffs' Rebuttal Rule 26(a)(2) disclosures | June 8, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | June 29, 2022 |
| Expert discovery deadline; submission of status report | July 5, 2022 |
| Requests for admission | July 12, 2022 |
| Dispositive pretrial motions deadline | August 8, 2022 |
| Deadline for Oppositions to dispositive pretrial motions | September 9, 2022 |
| Deadline for Replies to Oppositions to dispositive pretrial motions | September 30, 2022 |

_____
A. David Copperthite
United States Magistrate Judge