IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA BUETTNER-HARTSOE, *
*et al.*,                                                  *

    Plaintiffs,                             *        Civil Action No. RDB-20-3132

    v.                                                 *

BALTIMORE LUTHERAN HIGH       *
SCHOOL ASSOCIATION,
*d/b/a/* CONCORDIA PREPARATORY *
SCHOOL,
                                                    *

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

JENNIFER PULLEN,                             *

    Plaintiff,                                *        Civil Action No. RDB-20-3214

    v.                                                 *

BALTIMORE LUTHERAN HIGH       *
SCHOOL ASSOCIATION,
*d/b/a/* CONCORDIA PREPARATORY *
SCHOOL,
                                                    *

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ANDREA CONRAD, *et al.*,                   *

    Plaintiffs,                             *        Civil Action No. RDB-20-3229

    v.                                                 *

BALTIMORE LUTHERAN HIGH       *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY         *
SCHOOL, and LUTHERAN CHURCH-
MISSOURI SYNOD,                              *

SOUTHEASTERN DISTRICT,                          *

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ARIANA GOMEZ,                                   *

    Plaintiff,                                  *          Civil Action No. RDB-20-3267

BALTIMORE LUTHERAN HIGH                         *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY                           *
SCHOOL, and LUTHERAN CHURCH-
MISSOURI SYNOD,                                 *
SOUTHEASTERN DISTRICT,
                                                *
    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

SELENA BARBER, *et al.*,                        *

    Plaintiffs,                                 *          Civil Action No. RDB-21-0691

    v.                                          *

BALTIMORE LUTHERAN HIGH                         *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY                           *
SCHOOL,
                                                *
    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

    A hearing on the pending Motion for Reconsideration (ECF#132) has been scheduled for:

    **September 1, 2022 at 2:00 p.m. in Courtroom 5D**

Date: 8/08/2022                                                               \_\_/s/_____
                                                                                        Richard D. Bennett
                                                                                        United States District Judge