August 11, 2022

The Honorable Richard D. Bennett
United States District Court
   for the District of Maryland
101 West Lombard Street
Chambers 5D
Baltimore, Maryland 21201

      Re:    *Donna Buettner-Hartsoe, et al. v. Baltimore Lutheran High School Association d/b/a Concordia Preparatory School*, Civ. No. RDB-20-3132

Dear Judge Bennett:

      The undersigned are representatives of nonprofit organizations. We write on behalf of our respective organizations to express our support for the brief filed by *Amici Curiae* the National Association of Independent Schools ("NAIS"), the National Business Officers Association ("NBOA"), the Association of Independent Schools of Greater Washington ("AISGW"), the Southern Association of Independent Schools ("SAIS"), the Virginia Association of Independent Schools ("VAIS"), the North Carolina Association of Independent Schools ("NCAIS"), and the Palmetto Association of Independent Schools ("PAIS") in the above-referenced action.

      Very truly yours,

Michael Schuttloffel, Executive Director, Council for American Private Education

Garrett O'Day, Vice President, Maryland Council of American Private Education (Maryland CAPE)

Grace Creasey, Executive Director, Virginia Council for Private Education

Frank Moore, Executive Director, Atlanta Area Association of Independent Schools

Amy Ahart, Chief Operating Officer, International Boys' Schools Coalition

Philip J. Bossert, Executive Director, Hawaii Association of Independent Schools

Sarah Wilson, Executive Director, Tennessee Association of Independent Schools

Damian Kavanagh, President and CEO, Mid-South Independent School Business Officers

Mark Crotty, Executive Director, Northwest Association of Independent Schools

Deborah Dowling, Executive Director, California Association of Independent Schools

Susan Baldridge, Executive Director, The Association of Boarding Schools

David A. Madison, Executive Director
National Association of Episcopal Schools

The Honorable Richard D. Bennett
August 11, 2022
Page 2

Vince Watchorn, Executive Director, New York State Association of Independent Schools

Drew Smith, Executive Director, Friends Council on Education

Mary Menacho, Executive Director, Independent Schools Association of the Central States

Rick Branson, Executive Director, Connecticut Association of Independent Schools

Carole Everett, Executive Director, New Jersey Association of Independent Schools

Lincoln Snyder, President and CEO, National Catholic Educational Association

Anne Stavney, Legal Liaison, Minnesota Association of Independent Schools

Mary Agnes Malter, President and CEO, PAISBOA

Heather Hoerle, Executive Director and CEO, Enrollment Management Association, Inc.

Abba Cohen, Vice President for Government Affairs and Washington Director, Agudath Israel of America

Alan Smiley, Executive Director, Association of Colorado Independent Schools

Gary J. Niels, Executive Director, Pennsylvania Association of Independent Schools

Larry Taylor, President, Association of Christian Schools International

Laura Colangelo, Executive Director, Texas Private Schools Association

Mark Siegel, Executive Director, Oregon Federation of Independent Schools

Steve Lindquist, Director of Accreditation and Member Services, Association of Christian Teachers and Schools

Suzanne Hanson, Executive Director, Washington Federation of Independent Schools

Brian D. Broderick, Executive Director, Michigan Association of Non-public Schools

Cory Newman, Executive Director, Evangelical Lutheran Education Association

Kristine Grelle, Executive Director, Arkansas Nonpublic School Accrediting Association

Joan Bouchard, Superintendent of Schools, Diocese of Fresno

Eric Frank, President, Ohio Council for American Private Education

Sufia Azmat, Executive Director, Council of Islamic Schools in North America

Richard Lukianuk, Secretary, Massachusetts Council for American Private Education

Mary Pat Donoghue, Executive Director of the Secretariat of Catholic Education, United States Conference of Catholic Bishops

The Honorable Richard D. Bennett
August 11, 2022
Page 3

Ron Reynolds, Executive Director
California Association of Private School Organizations

William Stevens, Executive Director, Mid-Atlantic Christian Schools Association

Shaza Khan, Executive Director, Islamic Schools League of America

Michael McLendon, Executive Director, Alabama Independent Schools Association

Dennis Poust, Executive Director, New York State Catholic Conference

James Cultrara, Executive Secretary, New York State Council of Catholic School Superintendents

Wendy Shenk-Evans, Executive Director, Montessori Public Policy Initiative

Thomas R. Rochon, President, Educational Records Bureau

Robert Mattingly, Executive Director, Center for Spiritual and Ethical Education

Dan Dodd, Executive Director, Ohio Association of Independent Schools

Martha Ambros, Executive Director, California Independent School Business Officers Association

Scott Griggs, Executive Director, Independent Schools Association of the Southwest

Claire Leheny, Executive Director Association of Independent Schools in New England

Nathan J. Diament, Executive Director for Public Policy, Union of Orthodox Jewish Congregations of America

Bonnie J. Ricci, Executive Director, International Council Advancing Independent School Accreditation

Rebecca Moskowitz, Executive Director, Advancement, Association of Waldorf Schools of North America

Sharon Schmeling, Executive Director, Wisconsin Council of Religious and Independent Schools