UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| DONNA BUETTNER-HARTSOE, et al. | * | |
| *Plaintiffs,* | * | |
| v. | * | Case No.: 1:20-cv-03132-RDB |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JENNIFER PULLEN | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:20-cv-03214-RDB |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ANDREA CONRAD, et al. | * | |
| *Plaintiffs,* | * | |
| v. | * | Case No.: 1:20-cv-03229-RDB |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL, et al. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ARIANNA GOMEZ | * | |

|                          | *  |                              |
|--------------------------|----|------------------------------|
| *Plaintiff,*             |    |                              |
| v.                       | *  | **Case No.: 1:20-cv-03267-RDB** |
| **BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL, et al.** | * |  |
|                          | *  |                              |
| *Defendant.*             |    |                              |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

|                          | *  |                              |
|--------------------------|----|------------------------------|
| **SELENA BARBER, et al.**| *  |                              |
| *Plaintiffs,*            | *  |                              |
| v.                       | *  | **Case No.: 1:21-cv-00691-RDB** |
| **BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION d/b/a CONCORDIA PREPARATORY SCHOOL** | * |  |
|                          | *  |                              |
| *Defendant.*             |    |                              |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## JOINT STATUS REPORT

The parties, by and through the undersigned counsel, pursuant to Local Rule 105(2)(c), hereby provide this Court with their proposed briefing schedule for upcoming motions for summary judgment, and respectfully state as follows:

1. On July 5, 2022, the Court approved a revised schedule for filing of pretrial dispositive motions as follows:

| EVENT | NEW DEADLINE |
|---|---|
| Dispositive pretrial motions deadline | September 9, 2022 |
| Deadline for Oppositions to dispositive pretrial motions | October 7, 2022 |
| Deadline for Replies to Oppositions to dispositive pretrial motions | October 28, 2022 |

2

2. After further consideration, each of the parties in these cases intend to file motions for summary judgment. Therefore, pursuant to Local Rule 105(2)(c), the parties must submit a proposed briefing schedule.

3. After discussion between counsel, the parties hereby respectfully submit the following agreed-upon briefing schedule:

| **EVENT** | **NEW DEADLINE** |
|---|---|
| Deadline for each Defendant to file a Motion for Summary Judgment | September 9, 2022 |
| Deadline for Plaintiff to file Cross-Motion for Summary Judgment, accompanied by a single memorandum in Opposition to Defendants' Motions for Summary Judgment, and in Support of Plaintiffs' Cross-Motion for Summary Judgment | October 7, 2022 |
| Deadline for each Defendant to file a single memorandum in Opposition to Plaintiffs' Cross-Motion for Summary Judgment and in Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment | October 28, 2022 |
| Deadline for Plaintiff to file Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | November 18, 2022 |

Dated: August 22, 2022                                         Respectfully submitted,

*/s/ Christina Graziano*
Christina Graziano *(admitted pro hac vice)*
Justin Browne (Federal Bar No. 29164)
Brian Ketterer *(admitted pro hac vice)*
Ketterer, Browne & Associates, LLC
336 S. Main Street
Bel Air, Maryland 21014
Phone: (855) 522-5297
Facsimile: (855) 334-5626
Christina@KBAattorneys.com
Justin@KBAattorneys.com
Brian@KBAattorneys.com

*Attorneys for Plaintiffs*

3

*/s/ Gregg E. Viola*
Gregg E. Viola (Federal Bar No. 25737)
Eric M. Rigatuso (Federal Bar No. 27605)
Mark P. Johnson (Federal Bar No. 29091)
ECCLESTON & WOLF, P.C.
7240 Parkway Drive, 4th Floor
Hanover, MD 21076
Phone: (410) 752-7474
Facsimile: (410) 752-0611
viola@ewmd.com
rigatuso@ewmd.com
johnson@ewmd.com
*Attorneys for Defendant Baltimore
Lutheran High School Association,
d/b/a Concordia Preparatory School*


*/s/ Brian S. Goodman*
Brian S. Goodman (Federal Bar No. 03212)
Goodman & Donohue, LLC
9199 Reisterstown Road, Suite 213C
Owings Mills, MD 21117
brian@goodmandonohue.com
Phone: (443) 824-9659
*Attorneys for Defendant Southeastern
District of the Lutheran Church-Missouri
Synod*

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August 2022, a copy of the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ Mark P. Johnson*
Mark P. Johnson