IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONNA BUETTNER-HARTSOE, *et al.*, | * | |
| Plaintiffs, | * | Civil Action No. RDB-20-3132 |
| v. | * | |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, *d/b/a/* CONCORDIA PREPARATORY SCHOOL, | * * * | |
| Defendant. | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

| | | |
|---|---|---|
| JENNIFER PULLEN, | * | |
| Plaintiff, | * | Civil Action No. RDB-20-3214 |
| v. | * | |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, *d/b/a/* CONCORDIA PREPARATORY SCHOOL, | * * * | |
| Defendant. | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

| | | |
|---|---|---|
| ANDREA CONRAD, *et al.*, | * | |
| Plaintiffs, | * | Civil Action No. RDB-20-3229 |
| v. | * | |
| BALTIMORE LUTHERAN HIGH SCHOOL ASSOCIATION, *d/b/a/* CONCORDIA PREPARATORY SCHOOL, and LUTHERAN CHURCH-MISSOURI SYNOD, | * * * | |

SOUTHEASTERN DISTRICT,

                 *

  Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

ARIANA GOMEZ,       *

  Plaintiff,       *    Civil Action No. RDB-20-3267

BALTIMORE LUTHERAN HIGH  *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY   *
SCHOOL, and LUTHERAN CHURCH-
MISSOURI SYNOD,      *
SOUTHEASTERN DISTRICT,
                 *
  Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

SELENA BARBER, *et al.,*    *

  Plaintiffs,       *    Civil Action No. RDB-21-0691

  v.          *

BALTIMORE LUTHERAN HIGH  *
SCHOOL ASSOCIATION, *d/b/a/*
CONCORDIA PREPARATORY   *
SCHOOL,
                 *
  Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

   For the reasons set forth on the record at the hearing of September 1, 2022, as well as stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** this 6th day of September, 2022, that:

    1. The Association of Independent Maryland & DC Schools' Motion for Leave to File Amicus Brief (RDB-20-3132, ECF No. 134) is **GRANTED**;

2

2. The National Association of Independent Schools, National Business Officers Association, Association of Independent Schools of Greater Washington, Southern Association of Independent Schools, Virginia Association of Independent Schools, North Carolina Association of Independent Schools, and Palmetto Association of Independent Schools' Motion for Leave to File Amicus Brief (RDB-20-3132, ECF No. 136) is **GRANTED**;

3. Defendant Concordia Preparatory School's Motion for Reconsideration, or in the Alternative, Motion to Certify Order for Interlocutory Appeal (RDB-20-3132, ECF No. 131; RDB-20-3214, ECF No. 82; RDB-20-3229, ECF No. 98; RDB-20-3267, ECF No. 134; RDB-21-0691, ECF No. 59) is **DENIED IN PART and GRANTED IN PART**:

    a. Defendant's Motion for Reconsideration is **DENIED**; and,

    b. Defendant's Motion to Certify Order for Interlocutory Appeal pursuant to 28 U.S. Code § 1292 is **GRANTED** and the Court certifies to the United States Court of Appeals for the Fourth Circuit an interlocutory appeal of the Court's ruling on Defendant's partial motion for summary judgment (RDB-20-3132, ECF Nos. 130, 131);

4. The remainder of the case is **STAYED** pending review from the United States Court of Appeals for the Fourth Circuit.

_____/s/_____
Richard D. Bennett
United States District Judge

3